### Reed v. Bogardus.

WHERE a judge cannot try a cause, or a circuit falls through, the costs abide the event of the suit.

### John Holmes v. Elisha Williams.

THE affidavit of service of notice, stated it to have been by leaving it at the dwelling-house of the agent of the attorney.

*Per Curiam.* It is not sufficient. You ought to have stated that the agent was absent, and to whom delivered.